rise. This honorable court of the first district of the state of Illinois is now in session. I will have Justice William E. Fullridge preside. Please be seated. Call on the first case please. 3-15-0349 People of the State of Illinois at Relief by Gary Genetovic v. Raymond Timothy, appellant by Ann Fick. Good morning, Your Honors Counsel. My name is Ann Fick. I am from the State Appellate Defender's Office and I represent Petitioner Appellant Mr. Raymond Timothy. In pursuing his post-conviction petition, Mr. Timothy followed the rules. On October 19th, he explicitly asked the court for leave to file. About a month later, on November 10th, Judge Shadid docketed his case and appointed counsel. Mr. Thomas Chiefs was the public defender that was appointed. Specifically, Judge Shadid said, in pertinent part, if I may quote, defendant has filed for appointment of counsel and a motion for leave to file a successive post-conviction petition. The petition alleges, in part, effective assistance of post-conviction counsel. The public defender is appointed. The matter shall be set for review on January 29th, 2010 at 115 for the purposes of scheduling filing of motions slash responses. Judge Shadid was familiar with this case. He presided over the jury and the first post-conviction proceeding. His brief ruling doesn't indicate a lack of consideration of the motion for leave to file. He knew that he was ruling on a successive post-conviction petition. Mr. Timothy had no reason to believe that the judge was acting erroneously or improperly in any way. For five years, while his petition languished in the trial court, he believed that the proceedings had advanced to the second stage. So did the two public defenders, the multiple state attorneys, and two of the three judges that had worked on this case. At the first court date on January 29th, the state informed the judge that it was awaiting a 651B certificate and or amended motion from Mr. Sheets and that it would likely be filing a motion to dismiss upon receipt of those. The record shows that several continuances later, on May 13th, 2011, the state specifically told Judge Stephen Curry, who replaced Shadid, that the proceedings were in the second stage. That assertion was repeated several times. On February 7th, 2014, the court order reflected that Judge Brown had set the petition for a second stage hearing. The state never questioned the validity of the proceedings, even in its motion to dismiss, which was filed August 14th, 2014. On September 30th, public defender Sam Snyder, who had replaced Mr. Sheets, filed a motion to withdraw from Mr. Timothy's case, and a hearing was held on that motion on November 14th, 2014. December 5th, 2014, Judge Brown stated that he would not be ruling on the motion to withdraw because leave to file had not been granted in the first place. Only after Judge Brown raised this issue did the state make the claim that Mr. Timothy's motion had not been granted. And that was in its answer to the motion for leave to file, which it had filed on May 31st, I'm sorry, December 31st. On January 23rd, Judge Brown took the motion for leave to file under advisement and issued his denial on March 23rd, 2015. So there are three primary points that I want to go over with this case. First is that the successive post-conviction petition statute is a gatekeeping statute. The second is that a judge can implicitly find a motion for leave to file. Therefore, she should be able to implicitly grant it. And third, I urge this court to follow the court in People v. Harper. Let me ask you this. What was going on in the trial court was that not only the public defender said I need more time, I reviewed everything. And after he reviewed everything, he also had him file a motion to withdraw saying they had nothing here. Right. So I guess what I'm wondering is if you say, well, you've got to send it back for a second. This really wasn't officially a second stage hearing because the judge said there was no cause of prejudice. What is the point at the end of the day? What do you think is going to happen when it goes back? Well, I believe that, you know, we're asking for it to go back so that a hearing can be held on the motion to withdraw. And I believe it's People v. Jackson that says a motion to withdraw does not necessarily end the case. Well, not necessarily. But there would be a lot of reasons for a motion to withdraw. Certainly. Certainly. Mr. Timothy, after all of this time, deserves the right to be heard. Well, he deserves plenty. I think that in this petition, he was not, the merits were not ruled upon as they should have been. And the motion to withdraw does need to be resolved and whatever happens after that. Well, the trial judge did say that he hadn't shown, he had looked at the file and didn't see it showing a cause of prejudice, right? Correct. So, and he can dismiss an action and have a second stage. Correct. And in essence, do we, so even if he did it, the right thing for the wrong reason, still a part. We don't review a trial judge's reasoning. And what I'm focusing on here is the fact that this was implicitly granted in the first place. So by filing the decision, Judge Brown preempted all of that. Judge Brown should have gone through the proper stages. This was implicitly granted. It should have had a second stage hearing. It should have had an opportunity for counsel to even look at the response to the motion for leave of the file. I don't know whether or not he did, but he had filed his motion to withdraw March, December 31st. So I believe that it really does need to go back and to be reconsidered because he doesn't have his time in front of the court for this petition. It is not over. If there are no other questions, I want to move on to the first petition, or the point. The successive post-conviction petition is a gatekeeping statute. And courts frequently refer to it as being important to keep out unnecessary filings, frivolous pleadings. And it's consistent with the state's policy that just one post-conviction petition is allowed. The gate here has already been opened for five years. So Judge Brown's petition does nothing to help Mr. Timothy's motion. Relief to file it doesn't comport with the statute's function. And allowing it to be stricken after all of that time is a waste of judicial resources. Also, the statute promotes efficiency and the finality of proceedings. Again, this dismissal of his motion for relief to file did not do that as we were discussing because he has the opportunity to go forward after a motion to withdraw, even if it is pro se. Where in your view did this go off the rails in the circuit court? I'm sorry, what was that? I didn't hear you. Where in your view did this go off the rails in the circuit court? Well, certainly it would have been much easier if Judge Shadid had issued a more comprehensive order. But from there on out, the continuances after continuances, the lack of communication between Mr. Sheets and my client, there were so many missed opportunities here that it just dragged it along. How many years with continuances? Five. Five years. Plus the two years now that it's been for the appeal. And then the initial order by a trial judge that created this? 2009. November 10, 2009, which is about a month after the motion for relief had been filed. Moving on to my next point, under People v. Tidwell, a judge can find an implicit request for a motion for relief to file. I argue that she should also be able to implicitly grant it in this situation as Judge Shadid did. If I may quote from Tidwell, the discretionary exercise of that authority is a defendant's benefit and this situation is consistent in logic and equity with its exercise to a defendant's detriment when applying the provisions under 12-105A, which is the Code of Civil Procedure for frivolous lawsuits filed by petitioners. That principle applies here. The court saw fit, Judge Shadid saw fit, to advance the proceedings and the petition lingered at the second stage. Tidwell says that it's the petitioner's burden to obtain leave of court. Mr. Timothy did that. He did everything he was supposed to and he had no reason to expect that anything had gone awry. Well, let me ask you this. What was the showing in this case of cause and prejudice? The showing was not explicit, which is why my argument is that it was implicitly granted, but he acknowledges... But Judge A, let's just say Judge A explicitly, no doubt about it, ungranted leave, it goes to second stage. He got a new judge, or even the same judge, and said, I don't know what I was thinking when I did that. There's no showing in cause and prejudice here. Dismissed. Can he do that? No. I'm arguing that this should have proceeded to second stage hearings instead of second-guessing Judge Shadid's original implicit granting of the motion for leave to file. So if the first judge makes a mistake, even admittedly makes a mistake, like granting a petition, then everybody's got to live with that, even if Judge number one later says, wow, I don't know what I'm... I was wrong. I shouldn't have done that. Well, after five years, and after both sides understanding it to be at the second stage, there was no objections from the stage. It doesn't serve the purpose of the statute to stop it because the judge sees something differently than Judge Shadid did. Well, let me ask again procedurally since we're into that area. The defendant filed a petition to file a successive petition, right? Correct. When is counsel appointed? Counsel is appointed November 10th. Now, in the procedure, we're talking conceptually here, okay? Oh, okay. Okay? I mean, doesn't this whole process... Well, the first stage is when it goes to the second stage. Correct. And what did the defendant here file? Motion for leave to file his petition, motion to proceed as a poor person. Okay, that's enough. Motion to leave to file. Now, what procedurally, as your understanding, takes place at that point? On a successive post-conviction petition, traditionally there is an explicit finding of cause and prejudice. Is there any appointment of counsel at that point? Appointment of counsel occurs at the second stage once it's past the first. Yet we have Judge Shadid appointing counsel. When? He appointed it after he allowed the petition to continue. He did not, obviously, explicitly say that there's cause and prejudice here. But under Harper, this follows exactly that outline. Counsel was appointed. The issues in the case were acknowledged. They were both insinuated that it would be heard before the court. In Harper, the judge said, you'll get your day in court. And in Timothy, the judge said, we're going to set this for responses and promotions. And he acknowledged that there was a post-conviction petition, alleged, in effect, counsel of post-conviction petition. Two minutes, please. Well, one thing is Judge Shadid couldn't have relied on Harper in doing this because Harper hadn't been decided yet, right? It hadn't. Oh, Judge Shadid, I apologize. No, Judge Shadid did not rely on Harper. But Harper supports this point. And the state argues that the Jones case supports it, but it's humanly inconsolable. The Jones case states that it was rebutted in the record because the Jones judge thought that he was setting it at the second stage per the request of the Supreme Court, which was incorrect, but it rebutted the fact that there's a presumption of granting. Well, if we simplify this, it seems that it's a – ultimately, the third trial judge, the last trial judge said, well, it wasn't explicitly granted, and I looked at this file, and he hadn't shown any cause of prejudice. So what I guess what I'm asking is, where did the defendant show cause of prejudice in this petition or leave the file as a testament? I believe that that was something the merits should have been considered. It had been allowed. So that merits should be considered. Well, why don't you explain to me why it was correctly allowed, in other words? On the merits of the petition? Yeah, I mean, that's a successive post-conviction. You got to show cause of prejudice in your petition for leaving the file, correct? Correct. And where is that? My argument is that that is something that the trial court could consider once the motion to withdraw had been resolved. Okay, so your petition, is that – I don't know where it is in the petition for leaving the file. He alleges certain witnesses were not called. He received ineffective assistance of his first post-conviction counsel. Well, I guess what you're saying is it doesn't matter if the first judge is right or wrong. He did it, and everybody's got a little bit of fair. The judge was right to grant this, and this should have proceeded after five years. Well, if that's your position, that he was right in granting it, all I'm asking is how so? Where is this showing of cause of prejudice that made the first judge correct? That could be determined after a hearing. Well, that's not when you determine it. You determine it when you grant or deny leave to file a successive petition, right? That's when it's determined whether there's a showing of cause of prejudice. Judge Shadig was familiar with this case. He knew it. He did not explicitly write down the cause of the prejudice, but he was familiar with the following proceedings. Well, even if he didn't write it down, you were also familiar with the case. And so I'm just asking, where in this petition did he show cause of prejudice? Where was it that you said he correctly did it? And I said he correctly did it because of what? Where is the showing of cause of prejudice in the petition for leave to file this successive post-conviction petition? It's cause because he was not able to bring it up because of ineffective assistance of his post-conviction counsel. And the prejudice in this petition is that he was denied that opportunity because of the extreme errors from the first post-conviction counsel and because of errors by the trial attorneys in not calling certain witnesses and not attempting to locate certain witnesses. Now, you said Judge Shadig was familiar with this case also. He was the judge on the jury trial and also the first post-conviction petition. If there are any more questions on that, I wanted to move on. In conclusion, I just wanted to ask the court to consider holding off on this decision until People v. Bailey has decided it's being argued tomorrow in the Supreme Court with regards to whether a state can participate in the first stage of proceedings in a successive post-conviction case. And then I ask the court to reverse this decision and remand it to the trial court for further proceedings. Thank you. Mr. Ganitobe. May it please the court, counsel. A very unique case, to say the least. Unique in the sense that we have a motion to leave the file of successive petition. We have a trial judge having an ex parte hearing on a motion, entering an order. We have then everyone acting as though it had been granted leave, when in fact there's been no specific finding. And then on top of that, we have successive post-conviction counsel, of all the things, filing a motion to withdraw, saying there's no issue. So the question is, why are we here today? And I think part of the reason we're here today has to deal with this concept of explicitly finding cause and prejudice. If you look at Judge Brown's order, if you take a look at the motion for leaving the file of successive petition, I believe in response to your question, Justice Smith, there is no allegation in there at all of any kind of cause or prejudice. There's no cause as to why these issues couldn't have been brought up earlier, and most of these issues should have been brought up on direct appeal, which in this case, the direct appeal was taken, but fence appellate counsel in that case filed an amnesty motion. So there are no issues. There's no question of any allegations of any kind of prejudice resulting from anything. So in effect, there is no cause of prejudice, which therefore, in my mind, I looked at the procedure, I looked at exactly what happened here, and yes, indeed, the way things flow in these things is usually you have a motion, usually you have a notice of motion. A lot of times the state will take and file a motion or make an argument at the cause and prejudice hearing, which we have argued in this court is found that the state is allowed to do. After that finding is made, then counsel is appointed. What we have here in response to your question is procedurally, we seemingly do have this so-called implicit finding because after he enters this order that we're going to continue this to such a state, he appoints counsel, which normally is what happens. So everything seems to exacerbate itself. Everything seems to just kind of, and where it got off the rails? It got off the rails when the trial judge entered the ex parte order because what it looks like, he implicitly found, was not cause and prejudice, but I think he implicitly found the gist of a constitutional claim, which is not the standard that we judge the motion for leave to file. So when Judge Brown takes a look at this. That is Judge Shad. Judge Shad is the original court. But then Judge Brown looks at everything, and Judge Brown says, well, holy cow, there hasn't been an explicit finding. And he looks at the petition. So he understands what this petition is about. He understands what it's about. He understands what's going on, and he finds no explicit. And I have, I guess when we start looking at statute and we start looking at Supreme Court rules, today it seems as though a lot of things are going on. We want strict compliance with everything. And since this is a gatekeeping function, the motion for leave to file, because as the case law clearly states, basically, until that motion is granted, there is no petition pending before the court. So we start getting into implicit. Quite frankly, I start having grave problems. Because a lot of things that people say, one could take and say, well, implicitly this, implicitly that. And I think that that leads down a path that we start getting inconsistencies. We start having a lot of problems, such as the case of Barr. And just one thing to clarify. When the defendant filed this motion for leave to file a successive post-conviction petition, he also filed a motion along with that. Wasn't there also filed a motion for appointment of counsel? Yeah. Which is normally not filed. Normally not, but what I've seen in a lot of the records, when defendants file, sometimes when defendants will take a file for an order in court to get a transcript, a lot of times someone will take a file for appointment of counsel. I mean, a lot of times they attach these things. So it's not normally something that is done. But at the same time, when I see it, I'm not surprised by it. Because a lot of times they'll file a whole bunch of documents all at one time, per se. So in this case, I think that what Judge Shadid did, he did not grant the motion. I don't think he granted it under the public. I don't think he granted the motion at all. I think he basically mistook it. And I think even though he argued this is a successive petition, I think he really found that it stated the gist. I think that's the wrong standard. Judge Brown, I think, did the correct thing. Because there was no explicit finding. He really did have a petition, which is why he didn't rule on the motion to withdraw. And I think that was the correct ruling. I think he's trying to basically put the train back on the tracks. I think his finding is supported by the record. And therefore, we would ask this court to find that the judge, that in ruling on these, judges should make an explicit finding. That Judge Shadid did not make any explicit finding. And in the facts of this case, Judge Brown was correct. And this court should affirm. If there are any other questions, I'll be happy to respond. Procedurally speaking, until there's a final determination on the successive post-conviction petition, can't any judge assigned to the case reconsider Judge Shadid's ruling? I mean, basically this is just a, what happened is Judge Brown reconsidered. And I think any trial judge can reconsider a prior trial judge's ruling. I think procedurally correct, because Judge Shadid's, I'll put it to you this way, Your Honor. If we consider the fact of Judge Shadid's order being a finding of cause and prejudice, and that he granted it, Judge Brown comes along. Judge Shadid's order is interlocutory. The state could not appeal that. I don't think that's a final decision until the end of judgment. So I can understand where Your Honor is going, because basically, as the case law provides, a trial judge's interlocutory can be altered, changed, and modified at any point in time by the same judge or by a different judge. So what's the standard of review for us to review Judge Brown's decision? Isn't it abuse of discretion? And when you have a defense attorney who says, the second appointed defense attorney, who says, I've looked at the record that prior defense counsel didn't look at. Now I've looked at the record. I won't stand behind this successive post-conviction petition. There's no grounds for it. I ethically won't stand behind it. Based on all of that, how could we decide Judge Brown abused his discretion by putting an end to this process? If the standard of review is abuse of discretion. If the standard of review is abuse of discretion, is the trial judge's determination fanciful, is it unsupported by the record, or is the opposite conclusion apparent? And under that standard, no. I mean, his decision is sound. It's not manifest erroneous. Even under De Novo, if this court were to take a review of De Novo, Judge Brown's decision is correct. But in essence, let me ask you, in essence, what we have here is the last Judge Brown was saying this motion for leave to file a successive petition was never granted. I've looked at it. There is no cause of prejudice. I am not granting the motion. Good day. And so wouldn't it be the same standard of review had this happened in a denial of leave to file a successive post-conviction? I think so. I think so. The thing about it is, again, what's interesting here is when you consider what Your Honors are asking and talking about with respect to the standard of review, et cetera, if Judge Brown had determined, because what Your Honors said is successive post-conviction counsel didn't want to take and stand behind this PC because there was nothing there. And he realized that all these issues were going to be forfeited or could have been raised earlier, et cetera. I guess the thing about it is the fact that would not the trial judge's ruling have been exactly the same had he granted the motion for defense counsel's leave to withdraw? Because, in essence, what he's saying is, I agree with you, counsel. There is no issue here. There's nothing presented. There is nothing here that we can take and grant. So, in essence, the finding of the petition, even though he's not necessarily finding that there's a lack of cause and prejudice, he's still, nonetheless, finding that counsel's refusal to take and stand behind this petition to take and fight for this, that there is no issue. The end result ends up being exactly the same. So, you know, it's not so much that I think that Judge Brown did anything wrong. It's really what he did. But you're in the world of implicitness that you said you didn't want to be in. Well, it's not so much implicit. What I'm saying, not so much implicit. What I'm saying is that Judge Brown could have avoided all of this simply by granting defense counsel leave to withdraw and find that the petition states no cognizant constitutional issue. Well, wait a minute. That's a finding of the court. That's right. But you're back there. You're saying, well, by granting the motion to withdraw, we can infer that finding. Oh, no, no, no. If I said that, I misspoke. I'm just saying that we come to the same end result. Judge Brown, rather than just do the motion for leave to withdraw and just end it there, he did what he thought was the correct thing to do, which is there was actually no specific finding. So he ended the petition by finding the fact that the defendant didn't state cause and prejudice. At the end of the day, the end result is the same. And so I guess whether or not you look at it under the abuse of discretion or whether you review it under de novo, the end result is the same, that basically the trial judge's decision is correct. He did the correct thing, even though he could have done it by granting the motion for leave to withdraw, rather than that he basically turned around and said, well. Well, I think, but if he grants the leave to withdraw, as the counsel has stated, he still has to take the next step and say, and the reason I'm granting it is because there's nothing here, and so I'm dismissing. Correct. If he grants the motion for leave to withdraw, can't the defendant proceed pro se on the second successive post-conviction petition that defense counsel won't stand behind? I mean, the defendant can proceed pro se on a post-conviction petition. I think it depends on the basis of the motion to withdraw. In other words, if a lawyer files a motion to withdraw because he says, I cannot ethically make these arguments because there's no basis for them in the law or the fact, and therefore it's an ethical violation for me to do that. And if that's the basis for the motion to withdraw, then the plaintiff or the defendant cannot proceed pro se because he has the same restrictions. Pro se can't make unethical arguments any more than a lawyer can, so that's the basis. But if it's just some kind of conflict or other problem. Conflict is one thing, but this was based because if I – let me find my notes. So basically, post-conviction counsel filed a motion to withdraw because there was no viable constitutional issue. So when the judge allows him to withdraw, he dismisses on that. I don't think the defendant can nonetheless proceed pro se on what has really been a finding that the petition doesn't contain a viable constitutional issue. I think that is the substance of the ruling. And the motion to allow counsel to withdraw is kind of like an attachment to that. The ruling substantively is the petition doesn't state a constitutional issue upon which a defendant – That's an inference. Pardon me? That's an inference. I mean, he just granted a motion to withdraw. I think what would happen – Now we're inferring that. No, no. He would not be – What his findings would be? He would have to make findings. The trial judge – Oh, okay. I want to get back to that. Yes. Yeah. He would have to make separate findings. Yes. Okay. In most cases – When I say separate findings, we don't talk about the ethics or anything else. When you say we don't talk about the ethics – Yeah, I'm not sure I agree that public defenders are bound by the same as a licensed attorney as to whether they go forward or not. But the matter is, if he would make findings, then we don't care about inferring what reason he gave the motion to withdraw. No. Or a ruling that would be allowed. No, we don't. Because if he makes – When he makes specific findings, that is what we go off. That is what we rely upon, and we don't infer anything above and beyond that. Right. And that's the reason why specific findings are always good. Whether or not it's an adverse ruling for the state or a poor one for the state, the state prefers that they can have specific findings. So it's easier – much easier to argue. Any other questions? Thank you, Your Honor. Ms. Bick. First, I urge this Court to look at the Harper case again, because it's so similar to what we have here. The judge saw the case in the post-conviction proceeding. He saw it during the trial. He appointed counsel. He docketed. And in Harper, that was accepted. So first, I ask the Court to reconsider that case. Second, Mr. Timothy did everything right here. How is he supposed to know that the judge didn't make the specific findings? He prompted the Court when, in fact, he didn't even need to make that explicit prompting. So, again, in logic and equity – Well, how is he prejudiced? I mean, if the initial petition for leaving the file should have never been granted, how is your client prejudiced by anything that happened after that? The five years that ensued? Yeah. He could have reframed his issues. He could have reconsidered – How many times do you get a reframe of a leave to file a successive post-conviction? I've seen three, four, five. I mean, it's up to the Court to deny it, but – Was there ever a successive post-conviction petition that was filed? A motion for a leave to file? Was filed. Yes. Is there a successive post-conviction petition in the file? Yes. Signed by? Signed by Mr. Timothy. And nobody wanted to amend it or present it to the Court in terms of counsel. So why couldn't Judge Brown reconsider Judge Shadid's ruling once defense counsel advised the Court? The Court isn't doing the sua spate. Defense counsel says, I won't go forward. Why couldn't Judge Brown reconsider that original ruling in 2000 and whatever it was, seven years earlier, five years later? Sure. Because this had been going on for so long. Because everyone in the state had never objected that it was at the second stage. And as far as the motion to withdraw from counsel, this is not dispositive of the issue. The claims and the findings do have to be made on that motion to withdraw, and then the motion to dismiss filed by the state has to be ruled upon. Those are procedural issues, obviously, but they do need to be upheld, and I believe that this Court should reverse the trial court's decision and remand. And you'd like us to wait for Bailey? I would urge the Court to do that. Thank you. Great. Well, thank you both for your arguments here this morning. The matter will be taken under advisement. This position will be issued. By the way, does the state have any position on Bailey, waiting for Bailey? I have. All right. We'll be in a brief recess for a panel change before the next case.